IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK WILLIAM THOMAS,
*on behalf of himself and anyone
similarly situated, et al.,*

    Plaintiffs,

v.                                           Civil Action No. 3:18cv684

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

## ORDER

This matter comes before the Court on Plaintiff Mark William Thomas, Bertram M. Brown, and C. Ralph Copeland's "Motion for Preliminary Approval of Class Action Settlement, Conditionally Certifying Class for Purpose of Settlement, Appointing Class Counsel, Directing Notice to the Class, and Scheduling Final Fairness Hearing" (the "Motion for Preliminary Approval"). (ECF No. 32.)

On May 14, 2019, at 1:00 p.m., the Parties SHALL appear in person for a hearing on the Motion for Preliminary Approval in Courtroom 6100 of the Spottswood W. Robinson III and Robert R. Merhige, Jr. United States Courthouse.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                            /s/
                                        M. Hannah Lauck
                                        United States District Judge

Date: 5/6/2019
Richmond, Virginia