UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK WILLIAM THOMAS, *et al.*,

   Plaintiffs,

v.               Civil No. 3:18-cv-00684-MHL

EQUIFAX INFORMATION SERVICES, LLC,

   Defendant.

## ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO AMEND ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONALLY CERTIFYING CLASS FOR PURPOSE OF SETTLEMENT, APPOINTING CLASS COUNSEL, DIRECTING NOTICE TO THE CLASS AND SCHEDULING FINAL FAIRNESS HEARING

Before the Court is Plaintiff MARK WILLIAM THOMAS's consent Motion to Amend Order Granting Preliminary Approval of Class Action Settlement, Conditionally Certifying Class for Purposes of Settlement, Appointing Class Counsel, Directing Notice to the Class, and Scheduling Final Fairness Hearing (ECF 41.) Having considered the Motion, the record in this case, the applicable law, and the arguments of Counsel, if any, the Court is of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED that the Order Granting Preliminary Approval of Class Action Settlement, Conditionally Certifying Class for Purposes of Settlement, Appointing Class Counsel, Directing Notice to the Class, and Scheduling Final Fairness Hearing (ECF 40) is amended as follows:

18. Objection Deadline. Persons in the Settlement Class who wish to object to the Settlement must do so no later than Seven (7) calendar days before the Final Fairness Hearing.

Objections solely as to any Motion for attorneys' fees or service awards shall be filed no later than

Seven (7) days after the filing of such Motion.

     All other deadlines in the Order remain unchanged.

May 29, 2019, Richmond, Virginia

                                /s/

                          **M. Hannah Lauck**
                          **United States District Judge**

                                  M. Hannah Lauck
                            United States District Judge

2