IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MARK WILLIAM THOMAS,** *et al.,*

    **Plaintiffs,**

v.                                               Civil No. 3:18-cv-00684-MHL

**EQUIFAX INFORMATION SERVICES, LLC,**

    **Defendant.**

---

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
AND CLASS REPRESENTATIVE SERVICE AWARDS**

Plaintiffs Mark William Thomas, Bertram M. Brown, and C. Ralph Copeland, Jr., on behalf of themselves and all others similarly situated, by counsel, respectfully move for an award of Attorneys' Fees and Class Representative Service Awards. Plaintiffs submit a brief in support with supporting declarations and exhibits.

                                              Respectfully submitted,

                                              **PLAINTIFFS MARK WILLIAM THOMAS,
BERTRAM M. BROWN, and C. RALPH
COPELAND, JR.,**
*individually and on behalf of all
others similarly situated*

                                              By: \_\_\_/s/_____
Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando, VSB No. 89736
Elizabeth W. Hanes, VSB No. 75574
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: Elizabeth@clalegal.com

Matthew J. Erausquin, VSB No. 65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
Email: matt@clalegal.com

James A. Francis, *pro hac vice*
David A. Searles, *pro hac vice*
Francis & Mailman P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com

Kristi Cahoon Kelly, Esq. VSB # 72791
Andrew J. Guzzo, Esq. VSB # 82170
Casey S. Nash, Esq. VSB#84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
E-mail: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

E. Michelle Drake
John G. Albanese
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
T. 612.594.5999
F. 612.584.4470
Email: emdrake@bm.net
jalbanese@bm.net

*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: ___/s/_____
Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com