**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

MARK WILLIAM THOMAS, *et al.*,

    Plaintiffs,

v.                                                                                  Civil No. 3:18-cv-00684-MHL

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

_____

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF**
**FED. R. CIV. P. 23(b)(2) CLASS ACTION SETTLEMENT**

    Plaintiffs, on behalf of themselves and all others similarly situated, by counsel, respectfully submit this Motion for Final Approval of Class Action Settlement. Plaintiffs submit herewith a memorandum of law in support. A proposed order will be submitted to the Court prior to the hearing on final approval.

    Respectfully submitted,

    **PLAINTIFFS,**
    *individually and on behalf of all*
    *others similarly situated*

    By:   /s/
    Leonard A. Bennett, VSB No. 37523
    Craig C. Marchiando, VSB No. 89736
    Elizabeth W. Hanes, VSB No. 75574
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Blvd., Suite 1-A
    Newport News, VA 23601
    Tel: (757) 930-3660
    Fax: (757) 930-3662
    Email: lenbennett@clalegal.com
    Email: craig@clalegal.com
    Email: Elizabeth@clalegal.com

Matthew J. Erausquin, VSB No. 65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
Email: matt@clalegal.com

James A. Francis, *pro hac vice*
David A. Searles, *pro hac vice*
Francis & Mailman PC
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com

Kristi C. Kelly, VSB No. 72791
Andrew J. Guzzo, VSB No. 82170
Casey S. Nash, VSB No. 84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Tel: (703) 424-7570
Fax: (703) 591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com

E. Michelle Drake
John G. Albanese
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
T. 612.594.5999
F. 612.584.4470
Email: emdrake@bm.net
jalbanese@bm.net

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: \_\_\_/s/_____
Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com